AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS, also known as Bootz Nana Baby Rico Tabitha Rico Baby,

*Plaintiff*

v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICE BEHAVIORAL HEALTH ADMINISTRATION EASTERN STATE HOSPITAL,

*Defendant*

Civil Action No. 2:20-CV-00485-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED without prejudice for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON .

Date: June 8, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Claudia Canseco
*(By) Deputy Clerk*

Claudia Canseco